### IN THE UNITED STATES DISTRICT COURT FOR
### THE DISTRICT OF COLUMBIA

NEISY ANTONIA VEGA

     Plaintiff,

v.                                                                Case No. 1:17-cv-00417-EGS

THAIL CHILI, INC., et al.

     Defendants.

*************************************************************************

### JOINT NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff and Defendants, through undersigned counsel and pursuant to Federal Rule 41(a)(1)(A)(ii), hereby file this Joint Notice of Dismissal of Plaintiff's claims against all Defendants, with prejudice.

Date: October 8, 2017

Respectfully submitted,

/s/ Justin Zelikovitz, Esq.
Justin Zelikovitz, #986001
DCWAGELAW
519 H Street NW
Washington, DC 20001
Phone: (202) 803-6083
Fax: (202) 683-6102
justin@dcwagelaw.com

*Counsel for Defendants*

2

/s/Michael K. Amster
Michael K. Amster, #1001110
Zipin, Amster & Greenberg, LLC
8757 Georgia Avenue Suite 400
Silver Spring, MD 20910
Phone: (301) 587-9373
Fax: (240) 839-9142
mamster@zagfirm.com

*Counsel for Plaintiff*

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on this 8th day of October, 2017, a true and correct copy of the foregoing Joint Notice of Dismissal with Prejudice was served on all counsel of record via the court's electronic filing system.

/s/
Michael K. Amster